UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE WASHINGTON,

        Plaintiff,

v.

CRAIG HUTCHISON, ET.AL.,

        Defendants.
                                          /

No. 08-12787

District Judge John Corbett O'Meara

Magistrate Judge R. Steven Whalen

## ORDER DENYING APPOINTMENT OF COUNSEL

Plaintiff, a *pro se* prison inmate in this civil rights action, has filed a motion for appointment of counsel [Docket #3].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. A motion to dismiss is presently pending [Docket #22]. At this point, Plaintiff's motion to appoint counsel is premature. If Plaintiff's claims ultimately survive dispositive motions, he may renew his motion for appointment of counsel at that time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel

[Docket #53] is **DENIED WITHOUT PREJUDICE**.

                                                  S/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: November 26, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 26, 2008.

                                                    S/G. Wilson
                                                  Judicial Assistant