UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE WASHINGTON,

        Plaintiff,        Case no. 08-12787
                                   HON. JOHN CORBETT O'MEARA

v.

CRAIG HUTCHINSON, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge R. Steven Whalen's Report and Recommendation, filed July 31, 2009 (document no. 43), as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

    IT IS FURTHER ORDERED that Defendants Correctional Medical Services, Inc., Craig Hutchinson, M.D. and Sara Hope Heebsch, P.A.'s Motion to Dismiss, filed October 17, 2008, is GRANTED as set forth in Magistrate Judge Whalen's Report and Recommendation.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: September 10, 2009

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on September 10, 2009, by electronic and/or U.S. mail.

                                        s/William Barkholz
                                        Case Manager