UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE WASHINGTON,

        Plaintiff,              Case no. 08-12787
                                          HON. JOHN CORBETT O'MEARA

v.

CRAIG HUTCHINSON, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      The Court having reviewed Magistrate Judge R. Steven Whalen's Report and Recommendation, filed July 31, 2009 (document no. 44), as well as any objections thereto filed by the parties, and being fully advised in the premises;

      IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

      IT IS FURTHER ORDERED that Defendants Pramstaller, Smith, Teed, and Lange's Motion for Summary Judgment, filed December 12, 2008, is GRANTED.

                                                              s/John Corbett O'Meara
                                                              United States District Judge

Date: September 10, 2009

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on September 10, 2009, by electronic and/or U.S. mail.

                                            s/William Barkholz
                                            Case Manager