UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE WASHINGTON,

        Plaintiff,                      Case no. 08-12787
                                                HON. JOHN CORBETT O'MEARA

v.

CRAIG HUTCHINSON, et al.,

        Defendants.
_____/

ORDER ADOPTING
REPORT AND RECOMMENDATION

      The Court having reviewed Magistrate Judge R. Steven Whalen's Report and Recommendation, filed September 25, 2009, as well as any objections thereto filed by the parties, and being fully advised in the premises;

      IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

      IT IS FURTHER ORDERED that the two remaining defendants, J. Parush and Leona M. Davis are *sua sponte* DISMISSED WITH PREJUDICE, pursuant to 28 U.S.C. § 1915(e)(2)(B).


                                                       s/John Corbett O'Meara
                                                       United States District Judge

Date: December 30, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 30, 2009, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager